IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICK J. CHAMBERLAIN, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the defendant continues to abuse drugs.  Under these circumstances,

IT IS ORDERED that:

(1)   Defendant Chamberlain's revocation hearing is rescheduled to Thursday, May 15, 2008, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

(2)   The probation officer shall provide counsel and the undersigned with an e-mail status report prior to the hearing.

May 8, 2008.                      BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge