IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:01CR3049 |
| PATRICK CHAMBERLAIN, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue his revocation disposition hearing for approximately 30 days.  Filing 81.  The Court, being fully advised in the premises, and noting that the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing presently scheduled for May 22, 2008, at 1:30 p.m. shall be continued until the 26th day of June, 2008, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 21st day of May, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge