IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICK CHAMBERLAIN, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the Probation Officer,

IT IS ORDERED that Defendant Chamberlain's disposition hearing is rescheduled to Thursday, July 31, 2008, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

June 18, 2008.                 BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge