IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR3049 |
| ) | |
| PATRICK CHAMBERLAIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 85, from August 1, 2008, for approximately 90 days. The Court, being fully advised in the premises, and noting that the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing presently scheduled for August 1, 2008, at 11:00 a.m. shall be continued until the 4th day of November, 2008, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 30th day of July, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge